HANSON BRIDGETT LLP
SEAN P. THOMPSON, SBN 210529
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:   (916) 442-2348

Attorneys for Plaintiff FRANK M. BOOTH, INC.

DOWNEY BRAND LLP
MATTHEW J. WEBER, SBN 227314
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:   (209) 473-6450
Facsimile:   (209) 473-6455

Attorneys for Defendants RICHARD B. BENDER II and JOE KEYES

TRAINOR FAIRBROOK
MICHAEL S. MIDDLETON, SBN 161465
mmiddleton@trainorfairbrook.com
980 Fulton Avenue
Sacramento, California 95825
Telephone:   (916) 929-7000
Facsimile:   (916) 929-7111

Attorneys for Defendants THERMACOR PROCESS, L.P.; THERMACOR PROCESS, INC.; THERMACOR, L.C.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANK M. BOOTH, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THERMACOR PROCESS, L.P., a Texas limited partnership; THERMACOR PROCESS, INC., a Texas corporation; THERMACOR, L.C., a Texas limited liability company; RICHARD B. BENDER II, an individual; JOE KEYES, an individual; and DOES 21 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:13-cv-01831-MCE-CKD<br><br>**STIPULATION AND ORDER FOR MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>(Yolo County Superior Court Case No. CV13-1298) |

6464236.1

Plaintiff Frank M. Booth, Inc. ("Plaintiff") and defendants Thermacor Process, L.P., Thermacor Process, Inc., Thermacor, L.C., Richard B. Bender II, and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. On March 18, 2014, this Court entered its Pretrial Scheduling Order ("Order").

2. Pursuant to the Order, all non-expert discovery shall be completed by August 8, 2014, a settlement conference is scheduled for September 18, 2014, all expert witnesses are to be disclosed by October 8, 2014 and the last day to hear dispositive motions is February 5, 2015.

3. The parties are now engaged in meaningful settlement discussions, but need additional time to determine whether a settlement can be reached. Specifically, proposals to repair the construction project at issue are being discussed. If those discussions are successful, this entire action should be resolved. If the discussions are not successful, the parties have agreed to submit their disputes to mediation.

4. Moreover, in addition to the parties' settlement discussions, the outcome of a related pending lawsuit may also resolve this entire action or substantially simplify the manner in which this action will be litigated. In particular, the Regents of the University of California (i.e., the owner of the construction project that is the subject of this dispute) filed an action that is pending in Yolo County Superior Court and is titled *The Regents of the University of California v. McGuire And Hester, et al.*, case number CV13-383 (the "Regents Action"). Among the issues being litigated in the Regents' Action is the issue of liability for the damages that are the subject of Plaintiffs' claim for indemnity against Defendants in this instant action. The Regents' Action is set for trial on February 16, 2015.

5. In order to allow more time for the parties to complete their settlement discussions and for the Regents Action to be adjudicated, Plaintiff and Defendants have stipulated to amend the Order as follows:

- The non-expert discovery deadline of **August 8, 2014** be extended to

**March 16, 2015**;

- The settlement conference scheduled for **September 18, 2014** be continued to **March 5, 2015**;

- The expert witness disclosure deadline of **October 8, 2014** be extended to **March 16, 2015**; and

- The dispositive motion hearing deadline of **February 5, 2015** be extended to **May 15, 2015**.

6. Good cause exists for the approval of this stipulation. This is the parties' first stipulation to modify the Order. Moreover, because the events described in paragraphs 3 and 4, above, may resolve this action entirely, modifying the Order in the manner requested seeks to preserve judicial economy and prevent Plaintiff and Defendants from incurring unnecessary discovery and litigation costs.

DATED: August 4, 2014                HANSON BRIDGETT LLP


By:  /s/ Sean P. Thompson
   SEAN P. THOMPSON
   JOHN W. KLOTSCHE
   Attorneys for Plaintiff FRANK M. BOOTH, INC.

DATED: August 4, 2014                TRAINOR FAIRBROOK


By:  /s/ Michael Middleton
   MICHAEL S. MIDDLETON
   Attorneys for Defendants THERMACOR
   PROCESS, L.P.; THERMACOR PROCESS,
   INC.; THERMACOR, L.C.

DATED: August 4, 2014                DOWNEY BRAND LLP


By:    /s/ Matthew J. Weber
   MATTHEW J. WEBER
   Attorneys for Defendants RICHARD B.
   BENDER II and JOE KEYES

**ORDER**

Pursuant to the terms of the parties' stipulation, the request to amend dates within the Pretrial Scheduling Order is GRANTED. The current scheduling order is VACATED and an amended scheduling order will follow.

IT IS SO ORDERED.

Dated: August 4, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT