TRAINOR FAIRBROOK
MICHAEL S. MIDDLETON (SBN 161465)
mmiddleton@trainorfairbrook.com
980 Fulton Avenue
Sacramento, California 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111
mlr:5547001.1314641.1

Attorneys for Defendants
THERMACOR PROCESS, LP,
THERMACOR PROCESS, INC. and
THERMACOR, L.C.

HANSON BRIDGETT LLP
SEAN P. THOMPSON (SBN 210529)
sthompson@hansonbridgett.com
JOHN W. KLOTSCHE (SBN 257992)
jkotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348

Attorneys for Plaintiff
FRANK M. BOOTH, INC.

DOWNEY BRAND LLP
MATTHEW J. WEBER (SBN 227314)
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone: (209) 473-6450
Facsimile: (209) 473-6455

Attorneys for Defendants
RICHARD B. BENDER II and JOE KEYES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANK M. BOOTH, INC., a California corporation,<br><br>          Plaintiff,<br><br>    v.<br><br>THERMACOR PROCESS, L.P., a Texas limited partnership; THERMACOR PROCESS, INC., a Texas corporation; THERMACOR, L.C., a Texas limited liability company; RICHARD B. BENDER II, an individual; JOE KEYES, an individual; and DOES 21 through 50, inclusive,<br><br>          Defendants. | Case No. 2:13-CV-01831-MCE-CKD<br><br>**STIPULATION AND ORDER VACATING SETTLEMENT CONFERENCE DATE**<br><br>(Yolo County Superior Court Case No. CV13-1298)<br><br>Trial Date: March 7, 2016 |

Plaintiff Frank M. Booth, Inc. ("Plaintiff') and Defendants Thermacor Process, L.P., Thermacor Process, Inc., Thermacor, L.C., Richard B. Bender II, and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. The parties have agreed to submit this matter to private mediation with mediator Bruce Edwards, on April 17, 2015. The mediation will involve the issues raised in Plaintiff's Complaint, as well claims arising out of the related State Court matter, *The Regents of the University of California v. McGuire and Hester, et al.*, Yolo County Superior Court, Case No. CV13-383.

2. The parties agree that good cause exists for a continuance of the Mandatory Settlement Conference currently scheduled in this matter for March 5, 2015.

3. The parties agree that at this time, the best opportunity to resolve this matter will be to address this and the State Court claims simultaneously in the hopes of reaching a global settlement.

4. The parties agree that while all parties would participate in the Mandatory Settlement Conference in good faith, it would be difficult to resolve the claims without simultaneously addressing the State Court claims. As the State Court claims involve entities that are not parties to this Federal Court action, the parties believe that the best use of the Court's time and resources would be to conduct a Mandatory Settlement Conference at some time after the scheduled mediation on April 17, 2015.

5. As the Trial in this matter is currently scheduled for March 7, 2016, no parties will be prejudiced by vacating the current Mandatory Settlement Conference and rescheduling it for a date after April 17, 2015.

6. The parties agree that this Stipulation may be signed in counterparts and submitted to the Court in that manner. The parties also agree that facsimile copies of signatures may be submitted to the Court.

7. The parties agree that the parties' Joint Application to Continue Trial, filed herewith, may be heard on an ex parte basis.

Dated: February 19, 2015                     TRAINOR FAIRBROOK


By: /s/ Michael S. Middleton
MICHAEL S. MIDDLETON
Attorneys for Defendants
THERMACOR PROCESS, LP,
THERMACOR PROCESS, INC. and
THERMACOR, L.C.

Dated: February 18, 2015                     HANSON BRIDGETT, LLP


By: /s/ Sean P. Thompson
SEAN P. THOMPSON
Attorneys for Plaintiff
FRANK M. BOOTH, INC.

Dated: February 19, 2015                     DOWNEY BRAND LLP


By: /s/ Matthew J. Weber
MATTHEW J. WEBER
Attorneys for Defendants
RICHARD B. BENDER II and JOE KEYES

## ORDER

Pursuant to the foregoing stipulation, and for good cause appearing therefor, the March 5, 2015 Mandatory Settlement Conference is hereby VACATED. The parties are ORDERED to file a status report one week after the private mediation, currently scheduled for April 17, 2015, occurs.

IT IS SO ORDERED.

Dated: February 23, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT