| | |
|---|---|
| HANSON BRIDGETT LLP<br>SEAN P. THOMPSON, SBN 210529<br>sthompson@hansonbridgett.com<br>JOHN W. KLOTSCHE, SBN 257992<br>jklotsche@hansonbridgett.com<br>500 Capitol Mall, Suite 1500<br>Sacramento, California 95814<br>Telephone:   (916) 442-3333<br>Facsimile:    (916) 442-2348<br><br>Attorneys for Plaintiff FRANK M. BOOTH, INC. | TRAINOR FAIRBROOK<br>MICHAEL S. MIDDLETON, SBN 161465<br>mmiddleton@trainorfairbrook.com<br>980 Fulton Avenue<br>Sacramento, California 95825<br>Telephone:   (916) 929-7000<br>Facsimile:    (916) 929-7111<br><br>Attorneys for Defendants THERMACOR PROCESS, L.P.; THERMACOR PROCESS, INC.; THERMACOR, L.C. |

DOWNEY BRAND LLP
MATTHEW J. WEBER, SBN 227314
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:   (209) 473-6450
Facsimile:    (209) 473-6455

Attorneys for Defendants THERMACOR PROCESS, L.P.; THERMACOR PROCESS, INC.; THERMACOR, L.C.; RICHARD B. BENDER II and JOE KEYES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANK M. BOOTH, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>THERMACOR PROCESS, L.P., a Texas limited partnership; THERMACOR PROCESS, INC., a Texas corporation; THERMACOR, L.C., a Texas limited liability company; RICHARD B. BENDER II, an individual; JOE KEYES, an individual; and DOES 21 through 50, inclusive,<br><br>            Defendants. | CASE NO. 2:13-cv-01831-MCE-CKD<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>(Yolo County Superior Court Case No. CV13-1298) |

Plaintiff Frank M. Booth, Inc. ("Plaintiff") and defendants Thermacor Process, L.P., Thermacor Process, Inc., Thermacor, L.C., Richard B. Bender II, and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. On March 18, 2014, this Court entered its Pretrial Scheduling Order. On September 4, 2014, pursuant to the Parties' Stipulation for Modifying Pretrial Scheduling Order, the Court entered its Amended Pretrial Scheduling Order (the "Order").

2. Pursuant to the Order, all non-expert discovery shall be completed by May 7, 2015.

3. As discussed in the parties' previous Stipulation for Modifying Pretrial Scheduling Order, the parties are engaged in meaningful settlement discussions and are scheduled to mediate on April 17, 2015.

4. In order to allow more time for the parties to complete mediation without having to propound costly discovery, Plaintiff and Defendants have stipulated to amend the Order as follows: The non-expert discovery deadline of **May 7, 2015** be extended to **July 7, 2015.**

5. Good cause exists for the approval of this stipulation. Because the above-mentioned mediation may resolve this action entirely, modifying the Order in the manner requested seeks to preserve judicial economy and prevent Plaintiff and Defendants from incurring unnecessary discovery and litigation costs.

DATED: April 9, 2015                     HANSON BRIDGETT LLP

                                         By:  */s/ John W. Klotsche*
                                              SEAN P. THOMPSON
                                              JOHN W. KLOTSCHE
                                              Attorneys for Plaintiff FRANK M. BOOTH, INC.

DATED: April 9, 2015                                TRAINOR FAIRBROOK

By: /s/ Michael Middleton
MICHAEL S. MIDDLETON
Attorneys for Defendants THERMACOR PROCESS, L.P.; THERMACOR PROCESS, INC.; THERMACOR, L.C.

DATED: April 9, 2015                                DOWNEY BRAND LLP

By: /s/ Matthew J. Weber
MATTHEW J. WEBER
Attorneys for Defendants THERMACOR PROCESS, L.P.; THERMACOR PROCESS, INC.; THERMACOR, L.C.; RICHARD B. BENDER II and JOE KEYES

## ORDER

In accordance with the parties' stipulation, and good cause appearing therefor, the date for completing discovery in this matter is hereby continued from May 7, 2015 to July 7, 2015. All other dates contained in the Court's September 4, 2014 Amended Pretrial Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: April 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT