1   TRAINOR FAIRBROOK
    MICHAEL S. MIDDLETON (SBN 161465)
2   mmiddleton@trainorfairbrook.com
    980 Fulton Avenue
3   Sacramento, California  95825
    Telephone:  (916) 929-7000
4   Facsimile:  (916) 929-7111
    mlr:5547001.1335904.1
5
    Attorneys for Defendants
6   THERMACOR PROCESS, LP,
    THERMACOR PROCESS, INC. and
7   THERMACOR, L.C.

8   HANSON BRIDGETT LLP
    SEAN P. THOMPSON (SBN 210529)
9   sthompson@hansonbridgett.com
    JOHN W. KLOTSCHE (SBN 257992)
10  jkotsche@hansonbridgett.com
    500 Capitol Mall, Suite 1500
11  Sacramento, California  95814
    Telephone:  (916) 442-3333
12  Facsimile:  (916) 442-2348

13  Attorneys for Plaintiff
    FRANK M. BOOTH, INC.

14

DOWNEY BRAND LLP
MATTHEW J. WEBER (SBN 227314)
mweber@downeybrand.com
3425 Brookside Road, Suite A
Stockton, California 95219
Telephone:  (209) 473-6450
Facsimile:  (209) 473-6455

Attorneys for Defendants
RICHARD B. BENDER II and JOE KEYES

15              UNITED STATES DISTRICT COURT

16     EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

17

18  FRANK M. BOOTH, INC., a California
    corporation,
19
                    Plaintiff,
20
              v.
21
    THERMACOR PROCESS, L.P., a Texas
22  limited partnership; THERMACOR
    PROCESS, INC., a Texas corporation;
23  THERMACOR, L.C., a Texas limited
    liability company; RICHARD B.
24  BENDER II, an individual; JOE KEYES,
    an individual; and DOES 21 through 50,
25  inclusive,

26                  Defendants.

27

28

Case No.  2:13-CV-01831-MCE-CKD

**JOINT STATUS REPORT AND
STIPULATION AND ORDER RE-
SETTING DISCOVERY COMPLETION
AND DISCLOSURE OF EXPERT
WITNESS DATES**

(Yolo County Superior Court Case
No. CV13-1298)

Trial Date:  March 7, 2016

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA  95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

Plaintiff Frank M. Booth, Inc. ("Plaintiff") and Defendants Thermacor Process, L.P., Thermacor Process, Inc., Thermacor, L.C., Richard B. Bender II, and Joe Keyes ("Defendants"), submit the following Joint Status Report, following the private mediation in this matter held on April 17, 2015:

The parties participated in private mediation with mediator Bruce Edwards, on April 17, 2015.  The mediation involved the issues raised in Plaintiff's Complaint, as well claims arising out of the related State Court matter, *The Regents of the University of California v. McGuire and Hester, et al.*, Yolo County Superior Court, Case No. CV13-383.

Though the mediation session on April 17, 2015 was not successful, the parties are continuing settlement discussions and have scheduled a Defense Mediation for May 11, 2015.  It is the intent of the parties to schedule a further mediation with UC Davis, if warranted, after the May 11, 2015 meeting.  We would anticipate that if a further mediation session is scheduled, it will take place in June 2015.

## STIPULATION

Given the current status of this matter, Plaintiff Frank M. Booth, Inc. ("Plaintiff") and Defendants Thermacor Process, L.P., Thermacor Process, Inc., Thermacor, L.C., Richard B. Bender II, and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1.      The parties have agreed to continue with the mediation process on May 11, 2015 with a Defense Mediation on that date.

2.      The parties continue to agree that at this time, the best opportunity to resolve this matter will be to address this and the State Court claims simultaneously in the hopes of reaching a global settlement.

3.      The parties agree that good cause exists to vacate and re-set the Discovery Completion date of July 7, 2015, as previously ordered by the Court in its Amended Pre-Trial Scheduling Order filed April 10, 2015, to September 30, 2015.

////

////

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

4.     The parties agree that good cause exists to vacate and re-set the date of July 7, 2015 for the Disclosure of Expert Witnesses, as Ordered by the Court in Section V of its Amended Pre-Trial Scheduling Order filed September 4, 2014, to September 30, 2015.

5.     As the Trial in this matter is currently scheduled for March 7, 2016, no parties will be prejudiced by vacating and re-setting the current dates set for the completion of Discovery and Disclosure of Expert Witnesses.

6.     The parties agree that this Stipulation may be signed in counterparts and submitted to the Court in that manner.  The parties also agree that facsimile copies of signatures may be submitted to the Court.

7.     The parties agree that the subject matter of this Joint Status Report and Stipulation and Order Re-Setting Discovery Completion and Expert Witness Disclosure Dates, may be heard on an ex parte basis.

Dated: April 23, 2015                    TRAINOR FAIRBROOK


                                         By: /s/ Michael S. Middleton
                                             MICHAEL S. MIDDLETON
                                             Attorneys for Defendants
                                             THERMACOR PROCESS, LP,
                                             THERMACOR PROCESS, INC. and
                                             THERMACOR, L.C.

Dated: April 23, 2015                    HANSON BRIDGETT, LLP


                                         By: /s/ Sean P. Thompson
                                             SEAN P. THOMPSON
                                             Attorneys for Plaintiff
                                             FRANK M. BOOTH, INC.

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA  95825
Telephone:  (916) 929-7000
Facsimile:  (916) 929-7111

1   Dated: April 23, 2015                    DOWNEY BRAND LLP

2

3                                            By: /s/ Matthew J. Weber
                                                 MATTHEW J. WEBER
4                                                Attorneys for Defendants
                                                 RICHARD B. BENDER II and JOE
5                                                KEYES

6                                         **ORDER**

7
          Pursuant to the foregoing stipulation, and for good cause appearing therefor, it is ordered
8
   that the Discovery Completion and Disclosure of Expert Witness date of July 7, 2015 is continued
9
   to September 30, 2015.
10
          IT IS SO ORDERED.
11

12   Dated:  May 8, 2015

13

14   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
15   UNITED STATES DISTRICT COURT

16

17

18

19

20

21

22

23

24

25

26

27

28

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA  95825
Telephone:  (916) 929-7000
Facsimile:  (916) 929-7111