1 | TRAINOR FAIRBROOK
MICHAEL S. MIDDLETON (SBN: 161465)
mmiddleton@trainorfairbrook.com
980 Fulton Ave.
Sacramento, CA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

DOWNEY BRAND, LLP
MATTHEW J. WEBER (SBN: 227314)
mweber@downeybrand.com
3425 Brookside Rd., Ste. A
Stockton, CA 95219
Telephone: (209) 473-6450
Facsimile: (209) 473-6455

Attorneys for Defendants
THERMACOR PROCESS, LP,
THERMACOR PROCESS, INC. and
THERMACOR, LC

Attorney for Defendants
RICHARD B. BENDER, II and JOE KEYES

MURO & LAMPE, INC.
ROSS E. LAMPE (SBN: 172336)
MICHAEL A. FELSTED (SBN: 227627)
75 Iron Point Circle, Suite 155
Folsom, CA  95630
Telephone: (916) 817-6300
Facsimile: (916) 817-6355

Attorneys for Defendant:
FRANK  M. BOOTH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M. BOOTH, INC., a California Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>THERMACOR PROCESS, L.P., A Texas limited partnership; et al.,<br><br>           Defendants. | Case No.:   2:13-cv-01831-MCE-CKD<br><br>JOINT STATUS REPORT AND STIPULATION AND ORDER RE-SETTING DISCOVERY COMPLETION AND DISCLOSURE OF EXPERT WITNESS DATES<br><br>(Yolo County Superior Court Case No. CV13-1298)<br><br>Trial Date: March 7, 2016 |

/ / /

/ / /

Plaintiff Frank M. Booth, Inc. ("Plaintiff") and Defendants Thermacor Process, LP, Thermacor Process, Inc., Thermacor, LC, Richard B. Bender, II and Joe Keyes ("Defendants"), submit the following Joint Status Report.

The parties participated in private mediation with mediator Bruce Edwards, on April 17, 2015. The mediation involved the issues raised in Plaintiff's Complaint, as well as claims arising out of the related State Court matter, *The Regents of the University of California v. McGuire and Hester, et al.,* Yolo County Superior Court, Case No. CV13-383.

Though the mediation session on April 17, 2015 was not successful, the parties have continued settlement discussions and scheduled a further Defense Mediation for October 30, 2015. It is the intent of the parties to schedule a further mediation with UC Davis, if warranted, after the Defense Mediation on October 30, 2015. The parties would anticipate that if a further mediation session is scheduled with The Regents of the University of California, it will take place in December 2015 or January 2016.

## STIPULATION

Given the current status of this matter, Plaintiff Frank M. Booth, Inc., ("Plaintiff") and Defendants Thermacor Process, LP, Thermacor Process, Inc. and Thermacor, LC, Richard B. Bender, II and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. The parties have agreed to continue with the mediation process with a Defense Mediation on October 30, 2015.

2. The parties continue to agree that at this time, the best opportunity to resolve this matter will be to address this and the State Court claims simultaneously in hopes of reaching a global settlement.

3. The parties agree that good cause exists to vacate and re-set the Discovery Completion date of September 30, 2015, as previously ordered by the Court in its May 11, 2015 Order, to February 28, 2016.

4. The parties agree that good causes exists to vacate and re-set the date of September 30, 2015 for the Disclosure of Expert Witnesses, as previously ordered by the Court in its May 11, 2015 Order, to February 28, 2016.

5. Trial is currently scheduled in March 7, 2016. The State Court action is scheduled for June 13, 2016. In an effort to maintain judicial economy and possibly resolve the State Court Action, the parties Stipulate that the March 7, 2016 trial date should be vacated and this matter placed on the Court's trial calendar for a date following the June 13, 2016 State Court trial. No parties will be prejudiced by vacating and re-setting the current dates set for the completion of Discovery and Disclosure of Expert Witnesses and continuing the Trial date.

6. The parties agree that this Stipulation may be signed in counterparts and submitted to the Court in that matter. The parties also agree that facsimile copies of signatures may be submitted to the Court.

7. The parties agree that the subject matter of this Joint Status Report and Stipulation and Order Re-Setting Discovery Completion, Expert Witness Disclosure, and Trial dates, may be heard on an ex parte basis.

Dated: October 5, 2015                    MURO & LAMPE, INC.

                                          __/s/ Michael A. Felsted___
                                          Ross E. Lampe, Esq.
                                          Michael A. Felsted, Esq.
                                          Attorneys for Plaintiff
                                          FRANK M. BOOTH, INC.

| | |
|---|---|
| Dated: October 5, 2015 | TRAINOR FAIRBROOK |

_/s/ Michael S. Middleton___
Michael S. Middleton, Esq.
Attorneys for Defendants
**THERMACOR PROCESS, LP, THERMACOR PROCESS, INC., THERMACOR, LC**

| | |
|---|---|
| Dated: October 5, 2015 | DOWNEY BRAND LLP |

__/s/ Matthew J. Weber____
Matthew J. Weber, Esq.
Attorneys for Defendants
**RICHARD S. BENDER, II and JOE KEYES**

---

4
**JOINT STATUS AND STIPULATION AND ORDER RE-SETTING DISCOVERY COMPLETION AND DISCLOSURE OF EXPERT WITNESS, AND TRIAL DATES**
Case No.:   2:13-cv-01831-MCE-CKD

# ORDER

Pursuant to the foregoing stipulation, and for good cause appearing therefore, it is ordered that the Discovery Completion and Disclosure of Expert Witness date of September 30, 2015 is continued to February 28, 2016. The March 7, 2016, trial date is VACATED and CONTINUED to September 19, 2016, at 9:00 a.m. The final pretrial conference is continued to July 28, 2016, at 2:00 p.m.

Because of the continuance of the trial and the final pretrial conference, the following dates are continued as well:

1. The Joint Final Pretrial Conference Statement shall be filed not later than July 7, 2016.

2. Trial briefs shall be filed not later than July 14, 2016.

3. Any evidentiary or procedural motions are to be filed by July 7, 2016. Oppositions must be filed by July 14, 2016, and any reply must be filed by July 21, 2016. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 5, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT