| | |
|---|---|
| TRAINOR FAIRBROOK<br>MICHAEL S. MIDDLETON (SBN 161465)<br>mmiddleton@trainorfairbrook.com<br>980 Fulton Avenue<br>Sacramento, California  95825<br>Telephone:  (916) 929-7000<br>Facsimile:  (916) 929-7111<br>mlr:5547001.1434877.1<br><br>Attorneys for Defendants<br>THERMACOR PROCESS, LP,<br>THERMACOR PROCESS, INC. and<br>THERMACOR, L.C. | DOWNEY BRAND LLP<br>MATTHEW J. WEBER (SBN 227314)<br>mweber@downeybrand.com<br>3425 Brookside Road, Suite A<br>Stockton, California 95219<br>Telephone:  (209) 473-6450<br>Facsimile:  (209) 473-6455<br><br>Attorneys for Defendants<br>RICHARD B. BENDER II and JOE KEYES |

MURO & LAMPE, INC.
MICHAEL A. FELSTED (SBN 227627)
michael.felsted@muro-lampe.com
75 Iron Point Circle, Suite 155
Folsom, California  95630
Telephone:  (916) 817-6300
Facsimile:  (916) 817-6355

Attorneys for Plaintiff
FRANK M. BOOTH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANK M. BOOTH, INC., a California corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>THERMACOR PROCESS, L.P., a Texas limited partnership; THERMACOR PROCESS, INC., a Texas corporation; THERMACOR, L.C., a Texas limited liability company; RICHARD B. BENDER II, an individual; JOE KEYES, an individual; and DOES 21 through 50, inclusive,<br><br>     Defendants. | Case No.  2:13-CV-01831-MCE-CKD<br><br>**JOINT STATUS REPORT AND STIPULATION AND ORDER RE-SETTING DISCOVERY COMPLETION AND DISCLOSURE OF EXPERT WITNESS DATES**<br><br>(Yolo County Superior Court Case No. CV13-1298)<br><br>Trial Date:  March 7, 2016 |

JOINT STATUS REPORT AND STIPULATION AND ORDER RE-SETTING DISCOVERY COMPLETION & DISCLOSURE OF EXPERT WITNESS DATES (Case No. 2:13-CV-01831-MCE-CKD)

- 1 -

Plaintiff Frank M. Booth, Inc. ("Plaintiff") and Defendants Thermacor Process, LP, Thermacor Process, Inc., Thermacor, LC, Richard B. Bender, II and Joe Keyes ("Defendants"), submit the following Joint Status Report.

The parties participated in private mediation with mediator Melissa Aliotti, on February 24, 2016. The mediation involved the issues raised in Plaintiff's Complaint, as well as claims arising out of the related State Court matter, *The Regents of the University of California v. McGuire and Hester, et al.,* Yolo County Superior Court, Case No. CV13-383.

Though the mediation session on February 24, 2016 was not successful, the parties are continuing settlement discussions through Ms. Aliotti. It is the intent of the parties to schedule a further mediation with UC Davis, if necessary. The parties would anticipate that if a further mediation session is scheduled with The Regents of the University of California, it will take place in March or April 2016.

**STIPULATION**

Given the current status of this matter, Plaintiff Frank M. Booth, Inc., ("Plaintiff") and Defendants Thermacor Process, LP, Thermacor Process, Inc. and Thermacor, LC, Richard B. Bender, II and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. The parties have agreed to continue with the mediation process.

2. The parties continue to agree that at this time, the best opportunity to resolve this matter will be to address this and the State Court claims simultaneously in hopes of reaching a global settlement.

3. The parties agree that good cause exists to vacate and re-set the Discovery Completion date of February 28, 2016, as previously ordered by the Court in its October 5, 2015 Order, to August 12, 2016.

4. The parties agree that good causes exists to vacate and re-set the date of February 28, 2016 for the Disclosure of Expert Witnesses, as previously ordered by the Court in its October 5, 2015 Order, to August 12, 2016.

5. Trial is currently scheduled on September 19, 2016.  The State Court action is scheduled for June 13, 2016.  In an effort to maintain judicial economy and possibly resolve the State Court Action, the parties Stipulate that the February 28, 2016 cutoff dates for Discovery Completion and Disclosure of Expert Witnesses be continued to August 12, 2016.  No parties will be prejudiced by vacating and re-setting the current dates set for the completion of Discovery and Disclosure of Expert Witnesses.

6. The parties agree that this Stipulation may be signed in counterparts and submitted to the Court in that matter.  The parties also agree that facsimile copies of signatures may be submitted to the Court.

7. The parties agree that the subject matter of this Joint Status Report and Stipulation and Order Re-Setting Discovery Completion and Expert Witness Disclosure, may be heard on an ex parte basis.

Dated: March 7, 2016                    MURO & LAMPE, INC.


By: /s/ Michael A. Felsted
    MICHAEL A. FELSTED
    Attorneys for Plaintiff
    FRANK M. BOOTH, INC.

Dated: March 7, 2016                    TRAINOR FAIRBROOK


By: /s/ Michael S. Middleton
    MICHAEL S. MIDDLETON
    Attorneys for Defendants
    THERMACOR PROCESS, LP,
    THERMACOR PROCESS, INC. and
    THERMACOR, L.C.

1 | Dated: March 7, 2016                                    DOWNEY BRAND LLP

3 | By: /s/ Matthew J. Weber
4 | MATTHEW J. WEBER
    Attorneys for Defendants
5 | RICHARD B. BENDER II and JOE
    KEYES

### ORDER

Pursuant to the foregoing stipulation, and for good cause appearing therefor, it is ordered that the Discovery Completion and Disclosure of Expert Witness date of February 28, 2016 is continued to August 12, 2016.

IT IS SO ORDERED.

Dated: March 10, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111