1  TRAINOR FAIRBROOK
   MICHAEL S. MIDDLETON (SBN 161465)
2  mmiddleton@trainorfairbrook.com
   980 Fulton Avenue
3  Sacramento, California 95825
   Telephone: (916) 929-7000
4  Facsimile: (916) 929-7111
   mlr:5547001.1449145.1

   Attorneys for Defendants
   THERMACOR PROCESS, LP,
   THERMACOR PROCESS, INC. and
   THERMACOR, L.C.

   MURO & LAMPE, INC.
   MICHAEL A. FELSTED (SBN 227627)
   michael.felsted@muro-lampe.com
   75 Iron Point Circle, Suite 155
   Folsom, California 95630
   Telephone: (916) 817-6300
   Facsimile: (916) 817-6355

   Attorneys for Plaintiff
   FRANK M. BOOTH, INC.

   DOWNEY BRAND LLP
   MATTHEW J. WEBER (SBN 227314)
   mweber@downeybrand.com
   3425 Brookside Road, Suite A
   Stockton, California 95219
   Telephone: (209) 473-6450
   Facsimile: (209) 473-6455

   Attorneys for Defendants
   RICHARD B. BENDER II and JOE KEYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| FRANK M. BOOTH, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THERMACOR PROCESS, L.P., a Texas limited partnership; THERMACOR PROCESS, INC., a Texas corporation; THERMACOR, L.C., a Texas limited liability company; RICHARD B. BENDER II, an individual; JOE KEYES, an individual; and DOES 21 through 50, inclusive,<br><br>    Defendants. | Case No. 2:13-CV-01831-MCE-CKD<br><br>**JOINT STIPULATION AND ORDER CONTINUING TRIAL DATE AND DISCOVERY COMPLETION DATES**<br><br>(Yolo County Superior Court Case No. CV13-1298)<br><br>Trial Date: September 19, 2016 |

Plaintiff Frank M. Booth, Inc. ("Plaintiff") and Defendants Thermacor Process, LP, Thermacor Process, Inc., Thermacor, LC, Richard B. Bender, II and Joe Keyes ("Defendants"), submit the following Joint Stipulation Continuing Trial Date and Discovery Completion Dates.

The parties participated in private mediation with mediator Melissa Aliotti, on February 23, 2016 and February 24, 2016. The mediation involved the issues raised in Plaintiff's Complaint, as well as claims arising out of the related State Court matter, *The Regents of the University of California v. McGuire and Hester, et al.,* Yolo County Superior Court, Case No. CV13-383.

Though the mediation session on February 24, 2016 was not successful, the parties are continuing settlement discussions through Ms. Aliotti. The parties scheduled a further mediation with UC Davis for July 19, 2016 and/or July 20, 2016.

**STIPULATION**

Given the current status of this matter, Plaintiff Frank M. Booth, Inc., ("Plaintiff") and Defendants Thermacor Process, LP, Thermacor Process, Inc. and Thermacor, LC, Richard B. Bender, II and Joe Keyes ("Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. The parties have agreed to continue with the mediation process.

2. The parties continue to agree that at this time, the best opportunity to resolve this matter will be to address this and the State Court claims simultaneously in hopes of reaching a global settlement.

3. The parties agree that good cause exists to vacate the September 19, 2016 Trial Date, the Discovery Completion Date of August 12, 2016, and the Disclosure of Expert Witness Date of August 12, 2016, as previously ordered by the Court in its March 11, 2016 Order.

4. Trial is currently scheduled on September 19, 2016. The State Court action is scheduled for Trial on November 14, 2016. In an effort to maintain judicial economy and possibly resolve the State Court Action, the parties Stipulate that the September 19, 2016 Trial Date, the Discovery Completion Date and Disclosure of Expert Witness Date be vacated and reset to a date following the November 14, 2016 State Court action. No parties will be prejudiced by vacating and re-setting the current Trial Date, completion of Discovery and Disclosure of Expert Witnesses.

Dated: May 17, 2016                         MURO & LAMPE, INC.

                                            By: /s/ Michael A. Felsted
                                                MICHAEL A. FELSTED
                                                Attorneys for Plaintiff
                                                FRANK M. BOOTH, INC.

Dated: May 17, 2016                         TRAINOR FAIRBROOK

                                            By: /s/ Michael S. Middleton
                                                MICHAEL S. MIDDLETON
                                                Attorneys for Defendants
                                                THERMACOR PROCESS, LP,
                                                THERMACOR PROCESS, INC. and
                                                THERMACOR, L.C.

Dated: May 17, 2016                         DOWNEY BRAND LLP

                                            By: /s/ Matthew J. Weber
                                                MATTHEW J. WEBER
                                                Attorneys for Defendants
                                                RICHARD B. BENDER II and JOE
                                                KEYES

**ORDER**

Pursuant to the foregoing stipulation, and for good cause appearing therefor, it is ordered that the Trial Date of September 19, 2016, the Discovery Completion and Disclosure of Expert Witness dates of August 12, 2016, and all related dates are hereby VACATED.  A new trial will be set, if necessary, upon completion of the State Court Action.  Not later than January 2, 2017, the parties are directed to file a further joint status report.

IT IS SO ORDERED.

Dated:  May 23, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825
Telephone:  (916) 929-7000
Facsimile:  (916) 929-7111
JOINT STIPULATION AND ORDER CONTINUING TRIAL DATE AND DISCOVERY COMPLETION DATES (Case No. 2:13-CV-01831-MCE-CKD)