**MURO & LAMPE, INC.**
**ROSS E. LAMPE (SBN: 172336)**
**MICHAEL A. FELSTED (SBN: 227627)**
75 Iron Point Circle, Suite 155
Folsom, CA  95630
Telephone: (916) 817-6300
Facsimile: (916) 817-6355

Attorneys for Plaintiff:
FRANK M. BOOTH, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK M. BOOTH, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br>　　vs.<br><br>THERMACOR PROCESS, L.P., A Texas limited partnership; et al.,<br><br>　　　　　Defendants. | Case No.:　2:13-cv-01831-MCE-CKD<br><br>**PLAINTIFF AND DEFENDANTS' STIPULATION FOR DISMISSAL** |

//
//
//
//
//
//
//
//
//
//

Pursuant to Federal Rules of Civil Procedure, Rule 41, Plaintiff Frank M. Booth ("Plaintiff") and Defendants Thermacor Process, L.P., Thermacor Process, Inc., Thermacor L.C., Richard Bender II, and Joe Keyes ("Defendants") by and through its counsel of record, hereby request the Court dismiss the above-entitled matter, with prejudice.

Plaintiff and Defendants by and through their counsel of record, hereby agree that each party will bear their own fees and costs.

Dated: August 2, 2017            MURO & LAMPE, INC.

__/s/ Michael A. Felsted___
Ross E. Lampe, Esq.
Michael A. Felsted, Esq.
Attorneys for Plaintiff
FRANK M. BOOTH, INC.

Dated: August 2, 2017            TRAINOR FAIRBROOK

/s/ Michael S. Middleton
 (as authorized on July 31, 2017)
Michael S. Middleton, Esq.
Attorneys for Defendants
THERMACOR PROCESS, LP, THERMACOR PROCESS, INC., THERMACOR, LC

Dated: August 2, 2017            DOWNEY BRAND LLP

/s/ Matthew J. Weber
 (as authorized on July 31, 2017)
Matthew J. Weber, Esq.
Attorneys for Defendants
RICHARD S. BENDER, II and JOE KEYES

## ORDER

Pursuant to the foregoing, this case is DISMISSED with prejudice, each party to bear their own fees and costs.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE